o: Clerk of the District Court of United States

om: Cameron Chrisp.

ᵗ²⁵ˡ⁸C⁻⁽⁹⁰³¹

D. ...T OF NEBRASKA

15 FEB 20 PM 1:21

OFFICE OF THE CLERK

Date 2-15-15

8:15CV62

I wish to submit a complaint to seek damages (money) & an injunction to give me relief or injunctive relief (to stop or require some one to do some thing) in a civil Action s I believe my inmate & Constitutional rights have een violated & continue to be violated as my Medical condition worsens from lack of Dequate Medical treatment, or treatment at ll. I have many physical injuries & chronic physical conditions I suffer from for which - am not recieving Appropriate Medical ttention or Medicines for to control & eliminate xcessive suffering & Mental/Emotional/distress s well, Those I wish to seek Action & injuctive elief from ARE Hall County, Hall county Jail, all county Medical unit, Hall co. Medical APRN, Hall co ail investigative officer, Hall co Jail director and/or ail Administrator for failure to protect me

from further injury = suffering or excessive suffering Knowingly of my complaints & conditions I suffer from cervicalgia, lumbago, chronic muscoskeletc conditions in Both shoulders, Neck & complete back; The cartlidge in completely Broken off the arm bones within my L+R shoulder joints & has not been removed surgical'y & continues the float around within the joint a'o of times getting pinched by bones within the Joint of L+R shoulders, Also my arms & hands go Numb At times & I fear further future risk of Nerve damage within the shoulder joints, arms & hands. Also I have multiple bone spurs within the shoulder joints growing larger as a result of bones in shoulder joint grinding together & bangin together. Also I'm diagnosed with Glenomeral joint, moderate to severe Osteo Arthritis, Authralgia Bursitis, tendonitis, + chronic pain of Both shoulders as well Acromioclavicular injuries within shoulders Also as a result of "injury & overuse"; Bilateral fore arm pain + ulnar Nerve irratation in L+R shoulders as well.

I have been diagnosed with heart palpatations As a result of increased back pain when not treated properly back in 6-6-13. Diagnosed with bone spurs in my Neck & straightening of the Neck as well which is painful + contributes to chronic muscoskeletol conditions of Neck & upper back, for which I tore rapezious muscle right where diagnosed with cervicalgia, as a result of not recieving

proper treatment, meds + medications, denial
of all my warnings, complaints + grievances of
Needing exact meds to treat symptoms previous
to tearing muscle as diagnosed by DR. Piccalo in
Lancaster Jail NOV 2014 where I was incarcerated
7-28-14 to 1-28-15. On 1-28-15 I was transferred
here to Hall county Jail, where my treatment has
been severly Neglected + half hearted since my Arrival.
I have not recieved any Adequate muscle or imflam-
-mation medications since my Arrival 19 days ago,
tramadol 100mg (Painmed) + seraquil 25mg (psychmed) ARE
All I am recieving currently And its clear to
see this is not a standard or Adequate Level of
care being given to me considering All the conditions
+ injuries I suffer from, I fear future further risk
of injury of my Neck from Nerve damage, increased or con-
tinued growth of bone spurs in Neck vertibraes, permanent
headaches + Nausea limited movement +/or paralysis in the
future combined with increased Anxiety from pain, mood
swings, lack of concentration, + fear of increased pain
+ lack of mobility over all. I have been to many many
doctors + private doctors + none have treated me as basic
+ minimal as Hall county Jail as my medical records
will indicate. My injuries where from A Acto Accident

previously to Any incarceration, Also my ortho doctor in DesMoines, IA scheduled me for MRI's of Both shoulders in July 2014 @ Broadlawns Medical Center because he stated he suspected 2 Rotator cuff tears in Both shoulders As well, but I was Arrested before MRIS were performed. MRI'S Needed done before he could inject shoulder with pain relief, because Dr Rinken recommended shoulder replacements in both shoulders + MRI ~~It~~ Needed to know to schedule operation for "conventional" shoulder replacement joint or "reverse" shoulder replacement joint for which A "reverse" is Needed if cuffs ~~torn~~ Are torn ∻ vice versa.

Nurse in Hallco Medical (JAil) told me upon my complaint "if I wasn't happy with tramadol, then she'd cancell it!" Now, I fear further suffering ∻ retaliation (medical) from JAil, just As I did in Oct 2014 when I tore my BACK muscle in Lancaster Co JAil. If feel I Am being Insolted by Medical StAff NOW, As of my last couple wisits.

I seek "Informa Pauperis" As a indigent inmate please send me IFP APP As soon As possible. Your Swift Action to matters will be Appreciated. I seek an P.L.R.A. Action in SAid matters.

Best Regards

Conan Chip

# 178355

RECEIVED

FEB 2 0 2015

CLERK
U.S. DISTRICT COURT
OMAHA

Cameron Chrisp 178355
Hall co Jail
P. o. Box 2008
Grand island, Ne
68802

OMAHA NE 681

18 FEB 2015 PM 4 T

FOREVER

RECEIVED

FEB 30 2015

CLERK
U.S. DISTRICT COURT
OMAHA

Clerk of the U.S. District Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza, Suite 1152
Omaha, Ne 68102

* Legal mail * 5810281322

* Legal mail *



Hall County Jail Inmate Mail
Contents Are Uncensored