IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAMERON CHRISP, | ) | 8:15CV62 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| HALL COUNTY, HALL COUNTY JAIL, HALL COUNTY MEDICAL UNIT, HALL CO. MEDICAL APRN, HALL CO JAIL INVESTIGATIVE OFFICER, HALL CO JAIL DIRECTOR, and HALL CO JAIL ADMINISTRATOR, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. Plaintiff filed a Complaint (Filing No. 1) on February 20, 2015. However, Plaintiff failed to include the $400.00 filing and administrative fees. Plaintiff has the choice of either submitting the $400.00 filing and administrative fees to the Clerk's Office or submitting a request to proceed in forma pauperis.[1] Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff. Accordingly,

IT IS ORDERED:

1. Plaintiff is directed to submit the $400.00 fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

---

[1] If Plaintiff is granted leave to proceed in forma pauperis ("IFP") in this matter, he will be allowed to pay the Court's $350 filing fee in installments. *See* 28 U.S.C. § 1915(b)(1); *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997). He would not be subject to the $50.00 administrative fee assessed to non-IFP plaintiffs.

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: March 24, 2015: Check for MIFP or payment.

4. The Clerk of the Court is directed to request an inmate trust account statement from Plaintiff's place of incarceration.

DATED this 23rd day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge